# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2020

160877(50)(52)(56)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEBORAH TSCHIRHART, Personal
Representative of the ESTATE OF
SHAUN M. TSCHIRHART,
      Plaintiff-Appellant/Cross-
      Appellee,

v

CITY OF TROY, ALEXANDER YARBROUGH,
NICHOLAS YARBROUGH, MARY
ALLEMAN, and ALEXIS CALHOUN,
      Defendants-Appellees,
and

SUSAN O'CONNOR,
      Defendant-Appellee/Cross-
      Appellant.
_____/

SC: 160877, 160878
COA: 345411; 345715
Oakland CC: 2018-165013-NO

      On order of the Chief Justice, the motion of appellee Susan O'Connor to extend the time for filing her supplemental brief is GRANTED. The supplemental brief submitted on September 22, 2020, is accepted as timely filed. On further order of the Chief Justice, the separate motions of the Michigan Municipal League and the Michigan Association for Justice to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those entities are accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2020



Clerk